JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KRISTIN COLAVITTI, | ) | Case No: 2:20-cv-07104-PVC |
| | ) | |
| Plaintiff | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW SAUL, Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Having approved the Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order of Remand.

DATE: April 15, 2021

HON. PEDRO V. CASTILLO
United States Magistrate Judge

-1-